UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING CO., LTD.,     :
                                    :
                Plaintiff,          :   ECF
                                    :   **RULE 7.1 STATEMENT**
        -against-                   :
                                    :        07 CV 4535
XIAMEN XINDAAN TRADE CO., LTD.,     :
                                    :
                Defendant.          :
------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, NORTH CHINA SHIPPING CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         May 30, 2007

                            CARDILLO & CORBETT
                            Attorneys for Plaintiff
                            NORTH CHINA SHIPPING CO., LTD.

                        By: _____
                            James P. Rau (JR 7209)

                            Office and P.O. Address
                            29 Broadway, Suite 1710
                            New York, New York 10006
                            Tel: (212) 344-0464
                            Fax: (212) 797-1212