UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING CO., LTD.,      :
                                     :    **ECF**
                     Plaintiff,      :    **ORDER APPOINTING**
                                     :    **PERSON TO SERVE**
        -against-                    :    **PROCESS**
                                     :    07 Civ. 45 35 (PKL)
XIAMEN XINDAAN TRADE CO., LTD.,      :
                                     :
                     Defendant.      :
------------------------------------x

        Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

        Upon reading the Affidavit of James P. Rau, sworn to May 30, 2007, and good cause having been shown,

        IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:   New York, New York
         May 31, 2007

                                     United State District Judge